JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Phone: (510) 839-5200
Fax:    (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS BROWN, | Case No. C 05 0083 JL |
| Plaintiff, | (**PROPOSED**) ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY OF OAKLAND, et al. | |
| Defendants. / | Case No. C 04 2693 JL |
| AARON POSEY, | |
| Plaintiff, | |
| vs. | |
| CITY OF OAKLAND, | |
| Defendants. | |

The further case management conference set for March 22, 2006 in the two above-entitled actions is hereby continued to April 12, 2006 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated:  March   21   2006

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge James Larson

C 04-2693 JL RELATED CASE C 05-00883 JL
(proposed) Order continuing case management conference 1