JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Phone: (510) 839-5200
Fax:    (510) 839-3882

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON POSEY, | Case No. C 04 2693 JL |
| Plaintiff, | ~~(PROPOSED)~~ ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; R. GILL, individually, and in his capacity as a police officer for the CITY OF OAKLAND; B. VASS, individually, and in his capacity as a police officer for the CITY OF OAKLAND; C. SAUNDERS, individually, and in his capacity as a police officer for the CITY OF OAKLAND; and, Oakland police officers DOES 1-25, inclusive, | Time: October 18, 2006<br>Date: 9:30 a.m.<br>Ctrm: F, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |
| Defendants. / | |

**WHEREAS PLAINTIFF filed motions to** amend his Complaint and to consolidate cases, including declarations in each motion by Plaintiff's counsel, Benjamin Nisenbaum, incorporating as exhibits A, A-1, A-2, A-3, A-4, and C to Declaration in support of motion to Amend, and exhibits A, A-1, A-2, A-3, A-4, and E, some material previously designated confidential under the Stipulated Protective Order previously filed in this matter.

1  **PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER**, Exhibits A, A-1, A-2,
2  A-3, and A-4, and C, of the Declaration of Benjamin Nisenbaum filed in this matter in support of
3  Plaintiffs motion to Amend; and Exhibits A, A-1, A-2, A-3, A-4, and E of the Declaration of
4  Benjamin Nisenbaum filed in this matter in support of Plaintiff's motion to Consolidate, are herewith
5  ordered filed under seal pursuant to Local Rule 79-5.
6  **IT IS SO ORDERED.**

IT IS SO ORDERED

Judge James Larson

_____
UNITED STATES MAGISTRATE JUDGE