JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Phone: (510) 839-5200
Fax:    (510) 839-3882

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON POSEY, | Case No. C 04 2693 JL |
| Plaintiff, | (PROPOSED) ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; R. GILL, individually, and in his capacity as a police officer for the CITY OF OAKLAND; B. VASS, individually, and in his capacity as a police officer for the CITY OF OAKLAND; C. SAUNDERS, individually, and in his capacity as a police officer for the CITY OF OAKLAND; and, Oakland police officers DOES 1-25, inclusive, | Time: October 18, 2006<br>Date: 9:30 a.m.<br>Ctrm: F, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |
| Defendants. / | |

**WHEREAS PLAINTIFF filed a Reply to Defendants' Opposition to motion to** amend Plaintiff's Complaint, including a declaration in support of Plaintiff's reply by Plaintiff's counsel, Benjamin Nisenbaum, incorporating as exhibits A and B to Declaration in support of Plaintff's reply to Defendants' Opposition to Motion to Amend, material designated confidential under the Stipulated Protective Order previously filed in this matter.

1  **PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER**, Exhibits A and B, of
2  the Declaration of Benjamin Nisenbaum filed in this matter in support of Plaintiffs Reply to
3  Defendants' Opposition to Motion to Amend, are herewith ordered filed under seal pursuant to Local
4  Rule 79-5.
5      **IT IS SO ORDERED.**



(PROPOSED) ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL
Case no. C 04 2693 JL      2