JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No 121266
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865    Fax: (510) 238-6500
23815/384744

Attorneys for Defendants
CITY OF OAKLAND, RICHARD WORD,
R. GILL, R. VASS and C SAUNDERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON POSEY,<br><br>Plaintiff,<br><br>vs.<br><br>The CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; R. GILL, individually, and in his capacity as police officer for the CITY OF OAKLAND; B. VASS, individually and in his capacity as police officer for the CITY OF OAKLAND, C. SAUNDERS, individually and in his capacity as a police officer for the CITY OF OAKLAND; and Oakland Police Officers DOES 1-25, inclusive, | Case No. C 04-2693 JL<br><br>[proposed] ORDER RE: ALLOWING FILING OF DEFENDANT CITY OF OAKLAND'S SUR-REPLY TO PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO AMEND COMPLAINT AND DECALRATION OF STEPHEN Q. ROWELL IN SUPPORT THEREOF |

Having reviewed Defendant CITY OF OAKLAND's application pursuant to Local Rule 7-3(d) for leave to file a Sur-Reply to Plaintiff's Reply to Defendant's Opposition to Motion For Leave to Amend the Complaint, the Court hereby GRANTS said application and directs the clerk to file Defendants Sur-Reply and the Supporting Declaration of Stephen Q. Rowell, collectively attached as Exhibit A to the application.

-1-

[proposed] ORDER RE: ALLOWING FILING
OF DEFENDANTS SUR-REPLY TO PLAINTIFF'S                                   C 04-2693 JL
REPLY TO DEFENDANT'S OPPOSITION TO MOTION
TO AMEND

1   IT IS SO ORDERED

2   Dated: October ⁱ⁸____, 2006

JAM[signature: James Larson]
Unite... Judge James Larson

-2-

[proposed] ORDER RE: ALLOWING FILING
OF DEFENDANTS SUR-REPLY TO PLAINTIFF'S           C 04-2693 JL
REPLY TO DEFEDANT'S OPPOSITION TO MOTION
TO AMEND