JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200  Facsimile: (510) 839-3882

JAMES B. CHANIN (SBN# 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752  Facsimile: (510) 848-5819
Attorneys for Plaintiffs

JOHN A. RUSSO, City Attorney – State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney – State Bar No. 121266
STEPHEN Q. ROWELL, Deputy City Attorney – State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone:  (510) 238-3865  Facsimile: (510) 238-6500
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON POSEY,

        Plaintiff,

   vs.

CITY OF OAKLAND,  et al.,

           Defendants.

_____

MARKUS BROWN,

        Plaintiff,

   vs.

CITY OF OAKLAND, et al.

          Defendants

              /

_____

Case No.  C 04 2693 JL
(Consolidated with C 05 00883 JL)

**STIPULATION AND (PROPOSED) ORDER CHANGING DATE TO SUBMIT PRETRIAL DOCUMENTS**

Pre-Trial Conference Date:  January 24, 2007
Time: 11:00 a.m.
Ctrm: F, 15th Floor
450 Golden Gate Avenue, San Francisco, CA

STIPULATION AND (PROPOSED) ORDER CHANGING DATE TO SUBMIT PRETRIAL DOCUMENTS
Case no. C 04 2693 JL               1

## STIPULATION

**THE PARTIES TO THE ABOVE-ENTITLED ACTIONS** hereby stipulate and respectfully request that the Court move the date for pretrial papers to be submitted from January 3, 2006 to January 8, 2006. Good cause for the extension exists since Defense Counsel will be on vacation for the holidays from December 25, 2006 to January 2, 2006. The parties do not anticipate the requested extension will impact the Pre-Trial Conference, which is scheduled for January 24, 2006, at 11:00 a.m.

Dated: 12/24/06

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
STEPHEN Q. ROWELL, Deputy City Attorney

By: _____
Attorney for Defendants
CITY OF OAKLAND, et al.

Dated: 12/19/06

Law Offices of John L. Burris

By: _____
Ben Nisenbaum
Attorney for Plaintiffs

## (PROPOSED) ORDER

GOOD CAUSE shown, the Court hereby grants the parties' stipulation and orders that pre-trial documents be submitted to the Court no later than January 8, 2006. The Pre-Trial Conference will be held as scheduled on January 24, 2006 at 11:00 a.m.

**IT IS SO ORDERED.**

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA