1   JOHN L. BURRIS, Esq./ State Bar #69888
    BENJAMIN NISENBAUM, Esq./State Bar #222173
2   LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
3   7677 Oakport Street, Suite 1120
    Oakland, California 94621
4   Phone: (510) 839-5200
    Fax:    (510) 839-3882
5
    JAMES B. CHANIN (SBN# 76043)
6   Law Offices of James B. Chanin
    3050 Shattuck Avenue
7   Berkeley, California  94705
8   Telephone: (510) 848-4752  Facsimile: (510) 848-5819
9
    Attorneys for Plaintiff
10
11
12
13                  UNITED STATES DISTRICT COURT
14          FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
16   AARON POSEY,                      Case No.  C 04 2693 JL
                                       (consolidated with Case No. C 05 0883 JL)
17          Plaintiff,
                                       **(PROPOSED) ORDER ALLOWING
18      vs.                            DOCUMENTS TO BE FILED UNDER SEAL**
19   CITY OF OAKLAND,  et al.
20                  Defendants.
21   MARKUS BROWN,
22
            Plaintiff,
23
24      vs.
25   CITY OF OAKLAND, et al
26                  Defendants /
27   _____
28

(PROPOSED) ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL
Case no.  C 04 2693 JL                          1

Case 3:04-cv-02693-JLD  Document 82  Filed 01/08/2007  Page 2 of 2

1    **WHEREAS PLAINTIFFS' have exhibits for use at trial** in this matter, with the naming of

2   the exhibits being protected by the Stipulated Protective Order filed in this case,

3

4    **PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER**,  the exhibit list

5   pertaining to the protected exhibits are herewith ordered filed under seal pursuant to Local Rule 79-5.

6

7    **IT IS SO ORDERED.**

8

9   UNITED _____ JUDGE

10

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA