UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON POSEY, | No. C 04-2693 JL |
|  | C 05-0883 JL |
| Plaintiff, | |
| v. | ORDER |
| CITY OF OAKLAND, ET AL., | |
| Defendants. | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled matter beginning June 26, 2007 at 8:30 a.m. for the duration of the trial, at the expense of the United States.

Date: June 20, 2007

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\04-2693\JuryRefreshments.wpd        1