1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200 Facsimile: (510) 839-3882

5  JAMES B. CHANIN (SBN# 76043)
   Law Offices of James B. Chanin
6  3050 Shattuck Avenue
7  Berkeley, California  94705
   Telephone: (510) 848-4752 Facsimile: (510) 848-5819
8
   Attorneys for Plaintiffs
9

10                    UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  AARON POSEY,                          Case No.  C 04 2693 JL
                                          (consolidated with C 05 00883 JL)
14          Plaintiff,

15      vs.

16  CITY OF OAKLAND,  a municipal corporation;   (~~XXXXXXXX~~ (~~PROPOSED~~) ORDER AUTHORIZING
    et al.,                                      PLAINTIFFS' ATTORNEY TO BRING
17                                               OUTSIDE ELECTRONIC EQUIPMENT
                                                 INTO COURTHOUSE AND COURTROOM
18          Defendants.
                                     /    Trial Date:  June 25, 2007
19

20  _____

21  MARKUS BROWN,

22          Plaintiff,

23

24      vs.

25  CITY OF OAKLAND, a municipal corporation;
    et al.,
26

27                         Defendants
                                     /
28

    _____

    (PROPOSED) ORDER AUTHORZING PLAINTIFFS' ATTORNEYS TO BRING OUTSIDE EQUIPMENT INTO      1
    COURTHOUSE
    *Posey v. City of Oakland-*

1

2

### (PROPOSED) ORDER

3

**PLAINTIFFS' ATTORNEYS** are hereby authorized to bring outside electronic equipment,

4

including a dvd player, television, cassette-tape deck, digital video recorder, and necessary related

5

equipment into the Courthouse and Courtroom F, 15th Floor for purposes of trial in the above-noted

6

matter.

7

Dated: June __21__, 2007

8

_____
UNITED STATES MAGISTRATE JUDGE



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER AUTHORZING PLAINTIFFS' ATTORNEYS TO BRING OUTSIDE EQUIPMENT INTO
COURTHOUSE
*Posey v. City of Oakland-*

2