1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3865    Fax: (510) 238-6500
   23815/409163

**FILED**
JUN 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendants
CITY OF OAKLAND, RICHARD WORD,
R. GILL, R. VASS, C. SAUNDERS,
SCOTT OLTHOFF and JOHN KELLY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*E-filing*

| | |
|---|---|
| AARON POSEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>The CITY OF OAKLAND, et al.<br><br>　　　　Defendants | Case No.  C 04-2693 JL<br>Consolidated with Case No.  C 05-00883 JL<br><br>[PROPOSED] ORDER REGARDING DEFENDANTS EQUIPMENT FOR TRIAL<br><br>TRIAL DATE:　June 25, 2007<br>TIME:　　　　9:30 a.m.<br>JUDGE　　　 James Larson |
| MARKUS BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>The CITY OF OAKLAND, et al.<br><br>　　　　Defendants. | |

IT IS HEREBY ORDERED THAT  attorneys for Defendants, the Oakland City Attorneys Office shall be permitted to bring an cassette tape player/ compact disc player

---

[PROPOSED] ORDER REGARDING DEFENDANTS　　　　　　　　　　　　　　　　C 04 2693 JL
EQUIPMENT FOR TRIAL

1  to the courtroom of Magistrate Judge James Larson, Courtroom F, for trial beginning on
2  June 25, 2007.
3
4  DATED: 6-21-07           _____
                            Hon. James Larson
5                           United States District Court

2