| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney - State Bar No. 129729 |
| | RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142 |
| 2 | WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266 |
| | STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228 |
| 3 | One Frank Ogawa Plaza, 6th Floor |
| | Oakland, California 94612 |
| 4 | Telephone:  (510) 238-3865     Fax:  (510) 238-6500 |
| | 23815/409298 |
| 5 | |
| | Attorneys for Defendants |
| 6 | CITY OF OAKLAND, RICHARD WORD, |
| | R. GILL, R. VASS, C. SAUNDERS, |
| 7 | SCOTT OLTHOFF and JOHN KELLY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON POSEY, | Case No.   C 04-2693 JL |
|              Plaintiff, | Consolidated with Case No.   C 05-00883 JL |
|     vs. | [PROPOSED] ORDER REGARDING DEFENDANTS EXHIBIT FOR TRIAL |
| The CITY OF OAKLAND, et al. | |
|              Defendants | TRIAL DATE:   June 25, 2007 |
| | TIME:                9:30 a.m. |
| | JUDGE            James Larson |
| MARKUS BROWN, | |
|              Plaintiff, | |
|     vs. | |
| The CITY OF OAKLAND, et al. | |
|              Defendants. | |

IT IS HEREBY ORDERED THAT  attorneys for Defendants, the Oakland City Attorneys Office shall be permitted to bring A 24" police baton to the courtroom of

1  Magistrate Judge James Larson, Courtroom F, for trial beginning on June 25, 2007.

2

3  DATED: June 22, 2007

   _____
4  Hon. James Larson
   United States Magistrate Judge



[PROPOSED] ORDER REGARDING DEFENDANTS'  C 04 2693 JL
EXHIBIT FOR TRIAL                        C 05 0883 JL